| | |
|---|---|
| 1 | DEBORAH S. BALLATI (BAR NO. 067424)<br>PATRICK R. MCKINNEY (BAR NO. 215228) |
| 2 | FARELLA BRAUN & MARTEL LLP<br>Russ Building, 235 Montgomery Street |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480 |
| 5 | DAVID L. ALEXANDER (BAR NO. 059069)<br>CHRISTOPHER H. ALONZI (State BAR NO. 161303) |
| 6 | Port Attorney's Office<br>530 Water Street, 4th Floor |
| 7 | Oakland, CA  94607<br>Telephone:  (510) 627-1348 |
| 8 | Facsimile:  (510) 444-2093<br>Attorneys for Plaintiff and Counterdefendant CITY |
| 9 | OF OAKLAND, a municipal corporation, acting by<br>and through its Board of Port Commissioners |
| 10 | |
| 11 | ANDREW B. SABEY (BAR NO. 160416)<br>TODD L. BURLINGAME (BAR NO. 126601) |
| 12 | REBECCA D. KRUSE (BAR NO. 209092)<br>MORRISON & FOERSTER LLP |
| 13 | 101 Ygnacio Valley Road, Suite 450, P.O. Box 8130<br>Walnut Creek, California  94596-8130 |
| 14 | Telephone: (925) 295-3300<br>Facsimile: (925) 946-9912 |
| 15 | Attorneys for Defendant and Counterclaimant |
| 16 | MACTEC ENGINEERING & CONSULTING, INC., a<br>Delaware corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>      Plaintiff,<br><br> v.<br><br>HARDING ESE, INC., a Delaware corporation, MACTEC ENGINEERING & CONSULTING, INC., a Delaware corporation, and DOES 1-10,<br><br>      Defendants. | Case No.   CV 03-03534 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER** |
| AND RELATED COUNTERCLAIM | |

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. CV 03 3534 CW
wc- 89448

14824\835483.1

1  IT IS HEREBY STIPULATED, by and between the parties to this action through their
2  designated counsel, that the above-captioned action be, and hereby is, dismissed in its entirety,
3  with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).  Each side to bear its
4  own fees and costs.

5

6  Dated: October 25, 2005        MORRISON & FOERSTER LLP

7

8                                  By: _____
                                        Andrew B. Sabey
9
                                    Attorneys for Defendant and
10                                  Counterclaimant

11 Dated: November 2, 2005        FARELLA BRAUN & MARTEL LLP
12
13
14                                  By:   /S/
                                        _____
                                        Deborah S. Ballati
15
                                    Attorneys for Plaintiff and
16                                  Counterdefendant

17
18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 Dated:  11/8/05
20
21                                  _____
                                    Hon. Claudia Wilken
                                    Judge, United States District Court
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                    1                                14824\835483.1
AND [PROPOSED] ORDER
CASE NO. CV 03 3534 CW
wc- 89448